Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−21723−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian J Figaniak
   449 Baylor Road
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−9831

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/8/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 8, 2026
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 25-21723-JNP

Brian J Figaniak                                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                        User: admin                                        Page 1 of 3

Date Rcvd: Jan 08, 2026                          Form ID: 148                                  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J Figaniak, 449 Baylor Road, Wenonah, NJ 08090-1106 |
| 520870723 | + | Extra, Attn: Bankruptcy, 150 Sutter St, San Francisco, CA 94104-4001 |
| 520870724 | | First Electronic Bank, Attn: Bankruptcy, c/o Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2026 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2026 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520870718 | | EDI: GMACFS.COM | Jan 09 2026 01:33:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520870719 | | Email/Text: bk@avant.com | Jan 08 2026 20:46:00 | Avant/WebBank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 520870721 | | Email/Text: cfcbackoffice@contfinco.com | Jan 08 2026 20:46:00 | Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 520870720 | | EDI: PHINGENESIS | Jan 09 2026 01:33:00 | Concora Credit, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520870722 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2026 20:46:00 | Credit One Bank, N.A., Attn: Bankruptcy, c/o Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 520870724 | ^ | MEBN | Jan 08 2026 20:40:23 | First Electronic Bank, Attn: Bankruptcy, c/o Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 520870725 | | EDI: AMINFOFP.COM | Jan 09 2026 01:33:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520870726 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 08 2026 20:46:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 W Yamato Rd Ste 175, Boca Raton, FL 33431-4444 |
| 520893877 | | EDI: JEFFERSONCAP.COM | Jan 09 2026 01:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520870727 | ^ | MEBN | Jan 08 2026 20:39:21 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520875104 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2026 20:47:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520870729 | | Email/Text: ml-ebn@missionlane.com | Jan 08 2026 20:45:00 | Mission Lane LLC, Mission Lane LLC, Attn: |

Case 25-21723-JNP    Doc 13    Filed 01/10/26    Entered 01/11/26 00:15:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 148 | Total Noticed: 25 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520928428 | + | EDI: AISMIDFIRST | Jan 09 2026 01:33:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520920610 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2026 20:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520870728 | | EDI: AISMIDFIRST | Jan 09 2026 01:33:00 | Midland Mortgage Company, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520893933 | + | EDI: JEFFERSONCAP.COM | Jan 09 2026 01:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520881693 | | EDI: Q3G.COM | Jan 09 2026 01:33:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520870730 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2026 20:45:00 | Rushmore Loan Management Service, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520870731 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2026 20:47:14 | The Bank of Missouri, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520870732 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2026 20:47:21 | The Bank of Missouri/Verve, Attn: Bankruptcy, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520874239 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 08 2026 20:47:19 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 08, 2026 | Form ID: 148 | Total Noticed: 25 |

        on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jeanie D. Wiesner
        on behalf of Debtor Brian J Figaniak jeanie@sadeklaw.com
        brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5